IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR127 |
| | ) | |
| v. | ) | |
| | ) | |
| GREGORY FIGURES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   This matter is before the Court on defendant's motion to continue hearing (Filing No. 52).  The Court finds said motion should be granted.  Accordingly,

   IT IS ORDERED that said motion is granted.  Final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 45) is rescheduled for:

**Thursday, July 24, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

   DATED this 16th day of May, 2008.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court