IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )       8:02CR127
                              )
     v.                       )
                              )
GREGORY FIGURES,              )       ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue hearing (Filing No. 54). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted. Final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 45) is rescheduled for:

**Friday, September 26, 2008, at 11:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 24th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court