IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:02CR127 |
| v. | ) | |
| GREGORY FIGURES, | ) | ORDER |
| Defendant. | ) | |

On September 26, 2008, the defendant appeared with counsel for a hearing on a Petition for Warrant or Summons for Offender Under Supervision (Filing No. 45). Defendant was present and represented by Julie Hansen, Assistant Federal Public Defender. Plaintiff was represented by Maria R. Moran, Assistant United States Attorney. The defendant admitted to the allegations of the Petition. The Court found the defendant to be in violation of his conditions of supervised release. The Court proceeded to sentencing.

IT IS ORDERED:

1. Defendant is sentenced to time served. This sentence is to run concurrent to the sentence he has already received in the Nebraska State Courts in connection with the conduct that is the subject of allegations 1 and 2 of the Petition.

2. Upon completion of said sentence, the defendant will continue his placement on supervised release under the same terms and conditions of release previously imposed on October 4, 2002 (Filing No. 31).

DATED this 26th day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court